# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**EVELYN D. MARTIN**                                                                 **PLAINTIFF**

**v.**                                **CASE NO. 4:17-CV-00514 BSM**

**NANCY A. BERRYHILL, Acting Commissioner**
**Social Security Administration**                                    **DEFENDANT**

## ORDER

The Social Security Administration's ("SSA") unopposed motion to reverse and remand [Doc. No. 10] is granted. Remand is appropriate, pursuant to "sentence four" of 42 U.S.C. section 405(g), for the purpose of allowing the administrative law judge to further evaluate the evidence. The case is reversed and remanded to the SSA for further administrative action.

IT IS SO ORDERED this 30th day of January 2018.

_____
UNITED STATES DISTRICT JUDGE