# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**EVELYN D. MARTIN**                                                        **PLAINTIFF**

**v.**                          **CASE NO. 4:17-CV-00514 BSM**

**NANCY A. BERRYHILL, Acting Commissioner**
**Social Security Administration**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, judgment is entered for plaintiff Evelyn

Martin. The SSA's decision is reversed and remanded for further administrative proceedings

pursuant to "sentence four."

IT IS SO ORDERED this 30th day of January 2018.

_____
UNITED STATES DISTRICT JUDGE